MJG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 21 AM 11:01

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 2576 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Francisco Javier DIAZ-Carrillo,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

BY: ECL  DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **August 19, 2008** within the Southern District of California, defendant, **Francisco Javier DIAZ-Carrillo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF **August, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DOA
8/19/08
ECL

CONTINUATION OF COMPLAINT:
Francisco Javier DIAZ-Carrillo

## PROBABLE CAUSE STATEMENT

On August 19, 2008, at approximately 9:00 PM, Border Patrol Agents T. Gadea and J. Obermeyer, responded to a seismic activation intrusion device Northeast of the Tecate, California Port of Entry. Upon arriving in the area, Agents Gadea and Obermeyer found foot-prints. Agents Gadea and Obermeyer followed the footprints for approximately twenty yards, when they encountered four individuals attempting to hide. One of the individuals, later identified as the defendant **Francisco Javier DIAZ-Carrillo**, fled. After searching for approximately twenty minutes, Agent Gadea apprehended **DIAZ**. As Agent Gadea was walking **DIAZ** and holding his arm **DIAZ** abruptly swung his right arm and managed to get away from Agent Gadea. Agent Gadea again pursued **DIAZ** for approximately ten minutes and apprehended **DIAZ** a second time. Once all four individuals were secured and in custody, Agents Gadea and Obermeyer conducted an immigration field interview on each of the four individuals. All four individuals admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. All four individuals were arrested and transported to the Tecate processing center for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 17, 2006** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. He stated he understood and was willing to make a statement without an attorney present. The defendant admitted to being a citizen and national of Mexico, illegally present in the United States. The defendant stated he was going to San Francisco, California.